# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JONATHAN FOX

NO. 2020 KW 0431

**AUGUST 17, 2020**

---

In Re:     Jonathan Fox, applying for supervisory writs, 20th
           Judicial District Court, Parish of West Feliciana, No.
           20-WCR-137.

---

**BEFORE:    WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

   **WRIT DENIED.**

**VGW**
**JMG**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT